UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | |
|---|---|
| In Re:<br>Angela M. Sinopoli<br>　　　Debtor | Chapter 13<br>Case No.: 18-50913 |

Specialized Loan Servicing, LLC

vs.

Angela M. Sinopoli
Roberta Napolitano, Esq., Trustee
　　　Respondents
_____/

## STIPULATION

　　Now come Anglea M. Sinopoli ("Debtor") and Specialized Loan Servicing, LLC (together with its predecessors, successors, affiliates, principals, and assigns, "Creditor") and, by and through their respective attorneys, do hereby stipulate and agree as follows:

　　1) As of November 12, 2019 the post-petition arrearage in the within matter is $2,994.04 comprising the August 1, 2019 through November 1, 2019 monthly mortgage payments in the amount of $552.95 each, attorney fees and costs of $1,031.00, less a suspense balance of $248.76.

　　2) Debtor agrees to make the following payment to Creditor:

　　　　a) Payment of $499.04 on or before December 15, 2019;

　　　　b) Payment of $499.00 on or before January 15, 2020;

　　　　c) Payment of $499.00 on or before February 15, 2020;

　　　　d) Payment of $499.00 on or before March 15, 2020;

　　　　e) Payment of $499.00 on or before April 15, 2020;

　　　　f) Payment of $499.00 on or before May 15, 2020;

  3) Beginning with the payment due December 1, 2019 in the amount of $552.95, Debtor shall continue to make the regular monthly mortgage payment pursuant to the terms of the Note and Mortgage. All payments shall be made at the address below:

Specialized Loan Servicing, LLC
P.O. Box 636007
Littleton, CO 80163

  4) If Debtor fails to make the payments as set forth in Paragraph 2 or if Creditor does not receive one or more of the payments as set forth in Paragraphs 3 for a period of six (6) months, beginning with the December 1, 2019 payment, then Creditor shall be entitled to file an Affidavit of Noncompliance with this Court on the tenth (10th) day following the mailing of a Notice of Default to (1) Debtor and (2) Debtor's Attorney. **UPON THE FILING OF THE AFFIDAVIT OF NONCOMPLIANCE, AND AFTER NOTICE AND AN OPPORTUNITY FOR HEARING, CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY MAY BE GRANTED PURSUANT TO 11 U.S.C. §362(d) FOR CAUSE FOR FAILURE TO MAKE POST-PETITION PAYMENTS.**

| | |
|---|---|
| Specialized Loan Servicing, LLC<br>by its Attorney | Angela M. Sinopoli<br>by her Attorney |
| /s/David Shaw, Esq_____<br>David Shaw Esq., #00417<br>Marinosci Law Group, P.C.<br>132 Main Street, Suite 2B<br>Southington, CT 06489<br>Telephone: (401) 234-9200 | /s/ George C. Tzepos<br>George C. Tzepos, Esq.<br>Law Offices of George C. Tzepos<br>444 Middlebury Road<br>Middlebury, CT 06762<br>(203) 598-0520<br>Fax : 203-598-0522<br>Email: zepseven@sbcglobal.net |
| Dated: November 19, 2019 | Dated: November 19, 2019 |